FILED _____   RECEIVED _____
ENTERED _____   SERVED ON _____
COUNSEL/PARTIES OF RECORD

FEB 1 4 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA *ex rel.*
CECILIA GUARDIOLA and

*Plaintiffs,*

*v.*

RENOWN HEALTH,
RENOWN REGIONAL MEDICAL CENTER,
and RENOWN SOUTH MEADOWS
MEDICAL CENTER,

*Defendants.*

Case No. 3:12-cv-00295-LRH-VPC

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775/785-5440

ORDER

The Court, having considered the Relator's Unopposed Motion to Seal Original Complaint

and Substitute Redacted Version, and agreeing with the relief sought, hereby orders that:

1. The Relator's original Complaint (Dkt. 1) shall be permanently sealed and removed
   from the public docket.

2. The Clerk shall substitute in place of the Relator's original Complaint (Dkt. 1) a
   redacted version of the pleading that was attached to the Relator's Motion. The redacted
   version shall be fully available to the public.

IT IS SO ORDERED.

This 14TH day of February 2014.

United States Magistrate Judge

- 4 -