IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA *ex rel.*
CECILIA GUARDIOLA

    *Plaintiffs,*

v.

RENOWN HEALTH,
RENOWN REGIONAL MEDICAL CENTER,
and RENOWN SOUTH MEADOWS
MEDICAL CENTER,

    *Defendants.*

Case No. 3:12-cv-00295-LRH-VPC

**RELATOR'S MOTION REQUESTING ISSUANCE OF A SUBPOENA**

ORDER

The Court, having considered the Relator's Motion Requesting Issuance of a Subpoena to Noridian Healthcare Solutions, hereby orders that:

1. The Relator's motion is GRANTED;

2. The subpoena to Noridian Healthcare Solutions will be issued.

3. The information produced by Noridian Healthcare Solutions will be considered Confidential Information under the Qualified Protective Order (Dkt. #60) issued by the Court on May 21, 2014. The parties will take all actions required by the Qualified Protective Order to ensure the protection of Protected Health Information produced by Noridian Healthcare Solutions.

IT IS SO ORDERED this 4th day of November 2014.

VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE