FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

DEC 05 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

UNITED STATES OF AMERICA *ex rel.* CECILIA GUARDIOLA,

    *Plaintiff,*

v.

RENOWN HEALTH, RENOWN REGIONAL MEDICAL CENTER, and RENOWN SOUTH MEADOWS MEDICAL CENTER,

    *Defendants.*

Case No. 3:12-cv-00295-LRH-VPC

**DISCOVERY SCHEDULE AND SCHEDULING ORDER**

In order to resolve Relator's Motion for Share of Alternate Remedy (ECF No. 179) (the "Motion"), the Court adopts the following schedule proposed by the United States and Relator Cecilia Guardiola:

| Activity | Deadline |
| --- | --- |
| Completion of Discovery relating to the Motion | May 25, 2018 |
| Relator to amend or supplement the Motion | June 22, 2018 |
| United States to file response | July 13, 2018 |
| Relator to file reply | July 27, 2018 |

IT IS SO ORDERED.

THIS 5th DAY OF DECEMBER, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

4847-7676-7575