1  William E. Peterson (Nevada Bar No. 1528)
2  Nathan G. Kanute (Nevada Bar No. 12413)
   Carrie L. Parker (Nevada Bar No. 10952)
3  SNELL & WILMER L.L.P.
   50 West Liberty, Suite 510
4  Reno, NV  89501
   wpeterson@swlaw.com
5  nkanute@swlaw.com
   cparker@swlaw.com
6  T 775.785.5440
7  F 775.785.5441

8  Mitchell R. Kreindler
   Admitted *pro hac vice*
9  Sharon M. Gurak
   Admitted *pro hac vice*
10 KREINDLER & ASSOCIATES
11 7676 Hillmont St Ste 240A
   Houston, TX  77040
12 mkreindler@blowthewhistle.com
   sgurak@blowthewhistle.com
13 T 713.647.8888
   F 713.647.8889
14 *Attorneys for Relator Cecilia Guardiola*

15                    UNITED STATES DISTRICT COURT

16                         DISTRICT OF NEVADA

17

18 UNITED STATES OF AMERICA *ex rel.*
   CECILIA GUARDIOLA,
19                                          Case No. 3:12-cv-00295-LRH-VPC
            *Plaintiff/Relator,*
20
   v.
21
   RENOWN HEALTH,                           **STIPULATION AND ORDER TO**
22 RENOWN REGIONAL MEDICAL CENTER,          **EXTEND DISCOVERY DEADLINES**
23 and RENOWN SOUTH MEADOWS
   MEDICAL CENTER,                          **(FIRST REQUEST)**
24
            *Defendants.*
25

26       Pursuant to Local Rule 26-4, Relator Cecilia Guardiola ("**Relator**") and the United States

27 of America ("**Government**") by and through their counsel, hereby stipulate and request that this

28

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775.785.5440

Court extend the discovery deadlines in the above-captioned case by ninety (90) days. The current close of discovery is May 25, 2018, and the Parties seek an extension to August 24, 2018.

This is the Parties' first request to extend the discovery deadlines. In support of this Stipulation, the Parties state as follows.

A.   **REASONS WHY DISCOVERY WAS NOT COMPLETED**

Relator served requests for production and interrogatories on the Government on November 27, 2017. The Government initially responded to the interrogatories and requests for production on January 12, 2018. On January 24, 2018, Relator served her second set of interrogatories on the Government. The Government responded to the second set of interrogatories on March 16, 2018.

The Parties have met and conferred multiple times regarding the Government's responses to Relator's requests for production and interrogatories. Through the course of those discussions, the Government has agreed to supplement or produce additional documents. Part of that production has required the Government to work with an outside contractor to provide documents, particularly email communications. The Government has initially selected the custodians and search terms to use to retrieve emails that it believes are relevant to the underlying litigation, in particular, the Government's efforts to recover from Renown Health, Renown Regional Medical Center, and Renown South Meadows Medical Center (collectively, "Renown"). Relator has reserved the right to seek emails from additional custodians or using additional search terms.

Last week, the Government received 11GB of emails from its contractor. The Government requires time to conduct a privilege review of these documents before production. While the Government has suggested that it will provide a rolling production of documents, it has not yet provided a timeline for that production to be completed. Relator will then need time to review the emails that have been produced. It is unclear at this time when the Government will be able to begin its rolling production and how much time Relator may require to complete her

- 2 -

review. It is clear, though, that discovery will not be completed by May 25, 2018. Accordingly, there is good cause to grant this extension of the discovery deadlines at this point.

**B.    DISCOVERY COMPLETED TO DATE**

The following discovery has been completed:

1.    Relator sent interrogatories and requests for production to the Government on November 27, 2017. The Government responded on January 12, 2018.

2.    Relator sent her second set of interrogatories on January 24, 2018. The Government responded on March 16, 2018.

3.    The Government has received initial search results of email searches from the Government's contractor and is reviewing them for privilege.

**C.    DISCOVERY THAT REMAINS TO BE COMPLETED**

The following discovery remains to be completed:

1.    The Government will complete review and production of emails.

2.    Relator will need time to review the email production.

3.    Depositions may need to be scheduled.

///
///
///
///
///
///
///
///
///
///
///
///

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

- 3 -

4843-2838-6660

**D.    PROPOSED SCHEDULE**

Accordingly, the Parties propose the following schedule:

| Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Close of Discovery on Motion | May 25, 2018 | August 24, 2018 |
| Relator to amend or supplement Motion | June 22, 2018 | September 24, 2018 |
| Government to file response | July 13, 2018 | October 15, 2018 |
| Relator to file reply | July 27, 2018 | October 29, 2018 |

Dated May 2, 2018.

 /s/Nathan G. Kanute
William E. Peterson
Nathan G. Kanute
Carrie L. Parker
SNELL & WILMER L.L.P.
50 West Liberty, Suite 510
Reno, NV  89501

Mitchell R. Kreindler
Sharon M. Gurak
KREINDLER & ASSOCIATES
7676 Hillmont Street, Suite 240A
Houston, TX  77040

*Counsel for Relator Cecilia Guardiola*

Dated May 2, 2018.

DAYLE ELIESON
United States Attorney

 /s/   Roger Wenthe
ROGER WENTHE
Assistant United States Attorney
501 Las Vegas Blvd. So., #1100
Las Vegas, Nevada 89101

*Counsel for United States of America*

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

Date: MAy 4, 2018

- 4 -

4843-2838-6660

**CERTIFICATE OF SERVICE**

I certify that on May 2, 2018, a copy of the foregoing Stipulation and Order to Extend Discovery Deadlines was filed electronically and service was accomplished automatically to all counsel of record through the Notice of Electronic Filing (NEF) issued by the district court's Electronic Case Filing (ECF) System.

/s/ Lara J. Taylor
Lara J. Taylor

Snell & Wilmer
L.L.P.
LAW OFFICES
50 West Liberty Street, Suite 510
Reno, Nevada 89501
775-785-5440

4843-2838-6660