UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* CECILIA GUARDIOLA,<br><br>Plaintiff/ Relator,<br><br>v.<br><br>RENOWN HEALTH, RENOWN REGIONAL MEDICAL CENTER, and RENOWN SOUTH MEADOWS MEDICAL CENTER,<br><br>Defendants. | Case No. 3:12-cv-00295-LRH-CLB<br><br>ORDER |

Currently pending before the court is Cecilia Guardiola's motion to award her a share of the proceeds recovered by the United States from Renown Health, Renown Regional Medical Center, and Renown South Meadows Medical Center (collectively "Renown"). ECF No. 231. The court's docket provides that the United States of America ("the Government") filed its response to this motion by *amicus*, however, nothing within the Government's response articulates this status. *See* ECF No. 232. Additionally, when this case was before the Ninth Circuit on appeal, the Government motioned the Court to intervene. The Ninth Circuit never ruled on this motion, but Guardiola voluntarily dismissed the appeal and the case returned to this court without a decision on intervention. No subsequent motion has been filed.

IT IS THEREFORE ORDERED that the Government provide the court with clarification regarding whether it is intervening or participating in the suit by amicus, within 10 days of the date of this Order. And if it wishes to intervene in the above captioned case, it must do so by motion submitted to this court, within 10 days of the date of this Order.

IT IS SO ORDERED.

DATED this 13th day of February, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1