IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA *ex rel.*
CECILIA GUARDIOLA,

    *Plaintiff*,

  v.

RENOWN HEALTH,
RENOWN REGIONAL MEDICAL CENTER,
and RENOWN SOUTH MEADOWS
MEDICAL CENTER,

    *Defendants*.

Case No. 3:12-cv-00295-LRH-CLB

FINAL JUDGMENT

    The Court, finding that its prior Order (ECF 239) resolved all remaining issues in this case, enters judgment pursuant to Fed. R. Civ. P. 58.

    It is ORDERED that judgment is entered against the United States pursuant to the False Claims Act, 31 U.S.C. § 3730(c)(5) in favor of Relator Cecilia Guardiola in the amount of $1,021,448.52.

    IT IS SO ORDERED.

    DATED this 31st day of March, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE