CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
LINDSAY A. AGER
Assistant United States Attorney
Nevada Bar No. 11985
United States Attorney's Office
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Lindsay.Ager@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America ex rel. Cecilia Guardiola,<br><br>Plaintiff,<br><br>v.<br><br>Renown Health, et al.,<br><br>Defendants. | Case No. 3:12-cv-00295-LRH-CLB<br><br>**United States' Motion to Substitute Attorneys and to Update Docket Sheet** |

The United States of America moves to substitute Assistant United States Attorney Lindsay A. Ager as attorney of record in place of former Assistant United States Attorney Roger W. Wenthe. The United States further requests that the docket sheet and service list be updated accordingly. A proposed order is attached to this motion.

Dated: May 10, 2021

                                                CHRISTOPHER CHIOU
                                                Acting United States Attorney

                                               */s/ Lindsay A. Ager*
                                               LIINDSAY A. AGER
                                               Assistant United States Attorney

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
LINDSAY A. AGER
Assistant United States Attorney
Nevada Bar No. 11985
United States Attorney's Office
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Lindsay.Ager@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America ex rel. Cecilia Guardiola,<br><br>Plaintiff,<br><br>v.<br><br>Renown Health, et al.,<br><br>Defendants. | Case No. 3:12-cv-00295-LRH-CLB<br><br>**Proposed Order** |

Having reviewed and considered the United States' Motion to Substitute Attorneys and to Update the Docket Sheet, and good cause appearing,

It is ordered that the motion is granted.

It is further ordered that the Clerk of Court must update the docket sheet to indicate that Assistant United States Attorney Lindsay A. Ager is the attorney for the United States and to terminate former Assistant United States Attorney Roger W. Wenthe as attorney for the United States in this case.

Dated: May 10, 2021

_____
United States Magistrate Judge